## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, and SMITH & WESSON INC., <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR S. GREWAL, *in his official capacity as Attorney General of the State of New Jersey*, and NEW JERSEY DIVISION OF CONSUMER AFFAIRS, <br><br> Defendants. | Civil Case No. <br><br><br><br><br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson Inc., by their attorneys, submit this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

1. Smith & Wesson Brands, Inc. (f/k/a American Outdoor Brands Corporation) is a Nevada corporation. It has no parent corporation. No publicly held corporation has an interest of 10% or more in Smith & Wesson Brands, Inc.

2. Smith & Wesson Sales Company (f/k/a American Outdoor Brands Sales Company; f/k/a Smith & Wesson Corp.) is a Delaware corporation. It is a wholly-owned subsidiary of Smith & Wesson Brands, Inc. No publicly held corporation has an interest of 10% or more in Smith & Wesson Sales Company, other than its parent, Smith & Wesson Brands, Inc.

3. Smith & Wesson Inc. (f/k/a Smith & Wesson Firearms Inc.) is a Delaware corporation. It is a wholly-owned subsidiary of Smith & Wesson Sales Company, which is itself a wholly-owned subsidiary of Smith & Wesson Brands, Inc. No publicly held corporation has an interest of 10% or more in Smith & Wesson Inc.

Dated: December 15, 2020

        **DLA PIPER LLP (US)**

        *s/ Christopher M. Strongosky*
        Christopher M. Strongosky
        **DLA Piper LLP (US)**
        51 John F. Kennedy Parkway, Suite 120
        Short Hills, New Jersey 07078-2704
        Tel: (973) 520-2550
        Christopher.strongosky@dlapiper.com

        *Attorney for Plaintiffs*