

### State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

January 21, 2021

**VIA ECF**

The Honorable Kevin McNulty, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: *Smith & Wesson Brands, Inc. v. Gurbir S. Grewal, et al.*
      Docket No. 20-cv-19047-KM-ESK

Judge McNulty:

  This office represents the defendants in this matter, New Jersey Attorney General Gurbir S. Grewal and the New Jersey Division of Consumer Affairs ("Defendants"). The complaint in this matter seeks both declaratory and injunctive relief with respect to the enforcement of an administrative subpoena issued on October 13, 2020. Defendants have advised Plaintiffs of an intent to file a motion to dismiss this action, and counsel for the parties have since conferred and cooperatively reached an agreement as to a proposed briefing schedule to present jointly to the Court related to that motion. This letter sets forth what the parties jointly propose to the Court as a briefing schedule. If this proposal meets with the Court's approval, the parties respectfully request that the Court approve it by endorsing this letter, "So ordered."



January 21, 2021
Page 2

Defendants propose to file their initial motion to dismiss on or before February 22, 2021, with Plaintiffs' initial opposition due on or before April 5, 2021. Defendants would have through April 26, 2021, to submit any reply papers. Plaintiffs have indicated a desire for the opportunity to file a surreply submission, and Defendants have indicated their consent to such a filing, which would be due on or before May 10, 2021, and would be limited to fifteen pages.

Thank you for your kind consideration of this submission.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY


By: /s/ Robert J. McGuire
Robert J. McGuire
Deputy Attorney General

cc:  All counsel (via ECF)


**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 2/9/2021**