**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 3/15/21
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 20-19047

Smith & Wesson Brands v Grewal, et al.

**APPEARANCES:**

Christopher Strongosky, Esq.
Amanda Camelotto, Esq.
Courtney Saleski, Esq.
William Diggs, Esq.
Edward Scheideman, Esq.
Robert McGuire, Esq. for defendants

**Nature of Proceedings**: STATUS TELEPHONE CONFERENCE held on the record

Status conference held regarding the pending application for TRO.
Scheduling order issued: Opposition due 4/5/21, Reply due 4/13/21.
Oral argument will be held by telephone conference on 4/15/21.
Order to issue.

**Time Commenced: 4:00**
**Time Adjourned: 4:30**
**Total Time: 30 min**

                                                 RoseMarie Olivieri
                                                 SENIOR COURTROOM DEPUTY