

**DLA Piper LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
www.dlapiper.com

Christopher M. Strongosky
Christopher.Strongosky@dlapiper.com
T  973.520.2550
F  973.520.2551

March 25, 2021
*VIA CM/ECF*

OUR FILE NO. 386937-000009

The Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

**Re:**   *Smith & Wesson Brands, Inc., et al. v. Gurbir S. Grewal, et al.*
   *Case No. 20-cv-19047-KM-ESK*

Dear Judge Vazquez:

Given events which have transpired since the parties' March 15, 2021 conference call with the Court, Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson Inc. (collectively, "Plaintiffs"), hereby withdraw their Motion for an Order to Show Cause for a Temporary Restraining Order and a Preliminary Injunction in the above-captioned matter.  The motion was filed on March 10, 2021 (Dkt. No. 18).  As discussed during the March 15, 2021 conference call, counsel for Plaintiffs will work with counsel for Defendants to submit a briefing schedule on Defendants' motion to dismiss the Amended Complaint.

Respectfully,

*s/ Christopher M. Strongosky*

Christopher M. Strongosky

CMS/dsb

Enclosures