

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

April 1, 2021

**VIA ECF**

The Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Smith & Wesson Brands, Inc. v. Gurbir S. Grewal, et al.*
            Docket No. 20-cv-19047-KM-ESK

Judge Vazquez:

      This office represents the defendants in this matter, New Jersey Attorney General Gurbir S. Grewal and the New Jersey Division of Consumer Affairs ("Defendants"). Defendants will be filing a motion to dismiss the Amended Complaint that Plaintiffs filed on March 10, 2021. This letter sets forth what the parties jointly propose to the Court as a briefing schedule for that motion. If this proposal meets with the Court's approval, the parties respectfully request that the Court approve it by endorsing this letter, "So ordered."

      Defendants propose to file their initial motion to dismiss on or before April 26, 2021, with Plaintiffs' initial opposition due on or before May 17, 2021. Defendants would have through May 31, 2021, to submit any reply papers. Plaintiffs have indicated a desire for the opportunity to file a surreply submission, and Defendants have indicated



April 1, 2021
Page 2

their consent to such a filing, which would be due on or before June 7, 2021, and would be limited to fifteen pages.

As noted in the Court's March 15, 2021 conference call with the parties, this briefing will supersede prior briefing related to Plaintiffs' Initial Complaint. Thank you for your kind consideration of this submission.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Robert J. McGuire
Robert J. McGuire
Deputy Attorney General

cc: All counsel (via ECF)