

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

May 26, 2021

**VIA ECF**

The Honorable Kevin McNulty, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   *Smith & Wesson Brands, Inc. v. Gurbir S. Grewal, et al.*
            Docket No. 20-cv-19047-KM-ESK

Judge McNulty:

      This office represents the defendants in this matter, New Jersey Attorney General Gurbir S. Grewal and the New Jersey Division of Consumer Affairs ("Defendants"). We are writing to request, with Plaintiffs' consent, that the deadlines for the submissions of the remaining filings concerning Defendants' motion to dismiss be adjusted and extended by one week, so that Defendants reply brief would now be due by June 8, 2021, and Plaintiffs' surreply would now be due by June 21, 2021.



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-2787 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

May 26, 2021<br>Page 2

Thank you in advance for your kind consideration of this submission.

    Respectfully submitted,

    GURBIR S. GREWAL
    ATTORNEY GENERAL OF NEW JERSEY

    By: /s/ Robert J. McGuire
       Robert J. McGuire
       Deputy Attorney General

cc:  All counsel (via ECF)