

**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Courtney Gilligan Saleski
Courtney.Saleski@dlapiper.com
T   215.656.2431
F   215.606.2046

July 30, 2021

The Honorable Julien Xavier Neals, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:**   *Smith & Wesson v. Grewal et al.*, No. 20-cv-19047

Dear Judge Neals:

  We represent Smith & Wesson in the above-referenced matter.  We are in receipt of Defendants' letter filed with the Court this morning.  *See* ECF No. 39.  Because of technical issues, at the time Smith & Wesson filed its letter yesterday it was unaware that the Appellate Division had denied its emergent motion to stay.   Accordingly, based on these developments, Smith & Wesson will be filing for a temporary restraining order and preliminary injunction to stay enforcement of the Subpoena and preserve the *status quo* today.  Thank you for Your Honor's time and consideration of this matter.

Respectfully submitted,

*/s/ Courtney Gilligan Saleski*

Courtney Gilligan Saleski