# EXHIBIT 28





## Approved Special Counsel Lists

< back

### Firearms Safety Litigation

**Large Firms**

- Genova Burns, LLC
- Paul, Weiss, Rifkind, Wharton & Garrison, LLP

**Small Firms**

- Kanner & Whiteley, LLC

Contact Us | Privacy Notice | Legal Statement | Accessibility Statement 

Divisional: DOL Home | Contact DOL | About DOL | DOL Employment
Departmental: OAG Home | Contact OAG | About OAG | OAG News | OAG FAQs
Statewide: NJ Home | Services A to Z | Departments/Agencies | FAQs
Copyright © State of New Jersey
This page is maintained by OAG Communications. Comments/Questions: email or call 609-292-4925