**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 645-6042

CHAMBERS OF
**JULIEN XAVIER NEALS**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
50 WALNUT ST.
NEWARK, NJ 07102

July 30, 2021

**LETTER ORDER**

Re:  **SMITH & WESSON BRANDS, INC. et al v. GREWAL et al**
     **Civil Action No. 20-19047 (JXN) (ESK)**

Dear Counsel:

The Court is in receipt of the Plaintiffs' Motion for an Order to Show Cause [ECF No. 41]. In light of Plaintiffs' Motion, the Court directs the following:

(1) Defendants' opposition, if any, shall be filed by no later than **Monday, August 2, 2021 at 8:00 A.M. Eastern Standard Time**.

(2) The Court will conduct in-person oral arguments on **Monday, August 2, 2021 at 10:00 A.M.** in Newark - Courtroom MLK 5D before the Undersigned.

**IT IS SO ORDERED.**

_____
**JULIEN XAVIER NEALS**
**United States District Judge**