

*State of New Jersey*

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 116<br>TRENTON, NJ 08625-0116 | ANDREW J. BRUCK<br>*Acting Attorney General*<br><br>MICHELLE L. MILLER<br>*Acting Director* |

August 1, 2021

William T. Walsh
Clerk, United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re:**  <u>**Smith & Wesson v. Bruck, et al.**</u>
      **Docket No. 2:20-cv-19047-JXN-ESK**

Dear Mr. Walsh:

  This office represents the Defendants in the above-referenced matter. Former Attorney General of New Jersey Gurbir S. Grewal was sued in his official capacity in this matter. On July 17, 2021, Andrew J. Bruck became Acting Attorney General of New Jersey. Consequently, pursuant to Fed. R. Civ. P. 25(d), Acting Attorney General Bruck should now be reflected as the Defendant for all claims against the New Jersey Attorney General in this matter. Can you kindly take appropriate steps to reflect this in the Court's records? Thank you for your assistance.

           Sincerely,
           ANDREW J. BRUCK
           ACTING ATTORNEY GENERAL
            OF NEW JERSEY

      By:  <u>/s Robert J. McGuire</u>
          Robert J. McGuire (ID: 046361992)
          Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-2787 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*