# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, and SMITH & WESSON INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR S. GREWAL, *in his official capacity as Attorney General of the State of New Jersey* and NEW JERSEY DIVISION OF CONSUMER AFFAIRS,<br><br>Defendants. | CIVIL ACTION<br><br>CASE NO. 2:20-CV-19047-JXN-ESK |

## NOTICE OF APPEAL

Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson Inc. hereby appeal to the United States Court of Appeals for the Third Circuit from the district court's August 2, 2021 order (1) dismissing the complaint, and (2) denying the motion for a preliminary injunction and temporary restraining order. *See* Dkt. No. 46 (opinion); 47 (order).

Respectfully submitted,

Dated:  August 9, 2021

*/s/ Courtney G. Saleski*
Courtney G. Saleski
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel:  215-656-2431
courtney.saleski@dlapiper.com