UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2492

_____

SMITH & WESSON BRANDS, INC.;
SMITH & WESSON SALES COMPANY;
SMITH & WESSON INC.,
Appellants

v.

ATTORNEY GENERAL OF THE STATE OF NEW JERSEY;
NEW JERSEY DIVISION OF CONSUMER AFFAIRS

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-20-cv-19047)
District Judge: Honorable Julien X. Neals

_____

Argued on November 9, 2021

Before: HARDIMAN, MATEY, and SCIRICA, *Circuit Judges*

_____

JUDGMENT

_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on November 9, 2021. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered August 2, 2021, be and the same is hereby VACATED, and the cause remanded to the District Court for further proceedings consistent with this Court's opinion. All of the above in accordance with the opinion of this Court.

Costs taxed against Appellees.

                                            ATTEST:

                                            <u>s/ Patricia S. Dodszuweit</u>
Dated:  March 10, 2022                Clerk