Courtney G. Saleski
Christopher M. Strongosky
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
Tel: 973-520-2550
christopher.strongosky@dlapiper.com
amanda.camelotto@dlapiper.com

Joseph A. Turzi (admitted *pro hac vice*)
Edward S. Scheideman (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4000
joe.turzi@dlapiper.com
edward.scheideman@dlapiper.com

*Attorneys for Plaintiffs*
*Smith & Wesson Brands, Inc.*
*Smith & Wesson Sales Company*
*Smith & Wesson Inc.*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, and SMITH & WESSON INC.** | **CIVIL ACTION** |
| | **CASE NO. 20-19047-JXN-ESK** |
| **Plaintiffs,** | |
| v. | |
| | **NOTICE OF WITHDRAWAL** |
| **GURBIR S. GREWAL,** *in his official capacity as Attorney General of the State of New Jersey* **and NEW JERSEY DIVISION OF CONSUMER AFFAIRS** | |
| **Defendants.** | |

**PLEASE TAKE NOTICE** that the undersigned, Courtney G. Saleski of DLA Piper LLP (US), hereby respectfully requests that the Court withdraw the appearance of William Diggs, Esq.,

and remove him from electronic notifications in the above-captioned action. Mr. Diggs is no longer representing Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson Inc. (collectively, "Plaintiffs") in this matter. The undersigned attorney, Courtney G. Saleski, along with Christopher M. Strongosky, Joseph A. Turzi, and Edward S. Scheideman, will continue as counsel of record for Plaintiffs in this action.

Dated:  November 17, 2022

By: */s/ Courtney G. Saleski*
Courtney G. Saleski
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel: 215-656-2431
courtney.saleski@dlapiper.com