THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMITH & WESSON BRANDS, INC., SMITH & WESSON SALES COMPANY, and SMITH & WESSON INC., <br><br>             Plaintiffs, <br><br> v. <br><br> GURBIR S. GREWAL, *in his official capacity as Attorney General of the State of New Jersey* and NEW JERSEY DIVISION OF CONSUMER AFFAIRS, <br><br>             Defendants. | CIVIL ACTION <br><br> CASE NO. 2:20-CV-19047-EP-ESK |

## NOTICE OF APPEAL

Plaintiffs Smith & Wesson Brands, Inc., Smith & Wesson Sales Company, and Smith & Wesson Inc. hereby appeal to the United States Court of Appeals for the Third Circuit from the district court's December 27, 2022 order dismissing the complaint. *See* Dkt. Nos. 78 (opinion), 79 (order).

Respectfully submitted,

Dated:  January 25, 2023

*/s/ Courtney G. Saleski*
Courtney G. Saleski
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel:  215-656-2431
courtney.saleski@dlapiper.com