UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1223
_____

SMITH & WESSON BRANDS, INC.; SMITH & WESSON SALES CO.; SMITH & WESSON INC.

Appellants

v.

ATTORNEY GENERAL OF THE STATE OF NEW JERSEY; NEW JERSEY DIVISION OF CONSUMER AFFAIRS

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-20-cv-19047)
District Judge:  Honorable Evelyn Padin

_____

Argued:  November 15, 2023
_____

Before:  CHAGARES, Chief Judge, MATEY and FUENTES, Circuit Judges.

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on November 15, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on December 27, 2022, is hereby AFFIRMED.  Costs will be taxed against the Appellant.  All of the above in accordance with the Opinion of this Court.

                        Attest:

                        s/ Patricia S. Dodszuweit
                        Clerk

DATED: June 25, 2024